UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

TRUDY JOHNSON,                                )
                                             )
                 Plaintiff,                   )
                                             )
v.                                            )       Case No. 1:26-cv-00136-SNLJ
                                             )
HANOVER INSURANCE GROUP, INC.,                )
                                             )
                 Defendant.                   )

## <u>MEMORANDUM AND ORDER</u>

This matter is before the Court for case review.  On June 9, 2026, the case was

initiated by the filing of a Complaint alleging diversity jurisdiction [Doc. 1].  The

Complaint bears a typed signature for attorney Michael J. Wyatt.  [*Id.* at 8].  However,

the Complaint was filed using attorney Scott J. Mann's electronic filing account.  *See*

CM/ECF docket.  Mann is not admitted to practice in this Court.  Under Local Rule

12.01, "only attorneys enrolled pursuant to the rules of this Court or duly admitted pro

hac vice may file pleadings, appear, or practice in this Court."  E.D.Mo.L.R. 12.01(A).

Additionally, the Complaint in this case does not comply with Federal Rule of

Civil Procedure 11, Local Rule 2.01, and Local Rule 2.11.  Federal Rule of Civil

Procedure 11 mandates that "every pleading, written motion, and other paper must be

signed by at least one attorney of record in the attorney's name" and requires a court to

strike an unsigned document unless the omission is promptly corrected after notice.

Fed.R.Civ.P. 11(a).  Local Rule 2.01 also requires that all filings "shall contain the

signature of the self-represented party or the party's attorney."  E.D.Mo.L.R. 2.01(A)(1).

According to Local Rule 2.11, ***a typed name in a signature block constitutes a signature only if the person has made an authorized filing through that person's electronic filing account***.  E.D.Mo.L.R. 2.11.  Filing a document using a CM/ECF login and password is regarded as signing it under Rule 11, as detailed in the EDMO CM/ECF Procedures Manual (https://www.moed.uscourts.gov/cmecf-procedures-manual).

Accordingly,

**IT IS HEREBY ORDERED** that the Complaint and all other filings that do not comply with Federal Rule of Civil Procedure 11, Local Rule 2.01, Local Rule 2.11, and Local Rule 12.01 [Docs. 1, 2, 3, 4, 5, and 6] will be stricken within 7 days if plaintiff does not bring the filings into compliance.

**IT IS FURTHER ORDERED** that failure to comply with the Court's Order may result in sanctions, including dismissal under Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that any future filings that do not comply with Federal Rule of Civil Procedure 11, Local Rule 2.01, Local Rule 2.11, and Local Rule 12.01 will be summarily stricken.

**SO ORDERED** this 12th day of June, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE